ELEANOR V. N. FABER, *ET AL.*, PLAINTIFFS-RESPOND-
ENTS, v. EDWIN R. CRESWICK, *ET AL.*, DEFENDANTS-
PETITIONERS.

*Messrs. Gaffey & Webb* for the petitioners

*Mr. John T. Keefe* for the respondents.

May 1, 1961.   Denied.

IN THE MATTER OF THE PETITION OF HIGHPOINT
DEVELOPMENT CORP., *ET AL.*

See same case below:   65 *N. J. Super.* 530.

*Messrs. Stryker, Tams & Horner* for the petitioner.

*Messrs. Kessler, Kessler & Harrington* for the respondents.

May 1, 1961.   Denied.